UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CJKOZ, LLC<br>　　　Plaintiff<br><br>v.<br><br>NORTHERN SECURITY INSURANCE<br>COMPANY<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 1:23-CV-10300-PGL<br>)<br>)<br>)<br>) |

### THE PARTIES ASSENTED TO REQUEST FOR A NISI ORDER

The Parties assent to and hereby report this matter as settled and request a sixty (60) day Nisi Oder from the Court.

　　　　　　　　　　　　　　　　　　　CJKOZ, LLC,
　　　　　　　　　　　　　　　　　　　Plaintiff's Attorney,
　　　　　　　　　　　　　　　　　　　/s/ *Simon B. Mann*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Simon B. Mann (BBO# 665301)
　　　　　　　　　　　　　　　　　　　Mann Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　200 Highland Ave., Ste. 302
　　　　　　　　　　　　　　　　　　　Needham, MA 02494
　　　　　　　　　　　　　　　　　　　Tel. (617) 690-7379
　　　　　　　　　　　　　　　　　　　Fax (781) 444-1014
　　　　　　　　　　　　　　　　　　　simon@sbmannlaw.com

          NORTHERN SECURITY INSURANCE COMPANY,
By its attorney,

*/s/ David M. O'Connor*
_____
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
325 Boston Post Road
Sudbury, MA  01776
(978) 443-3510
doconnor@oconnorllc.com

Dated: October 7, 2024

CERTIFICATE OF SERVICE

By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiff, that on October 7, 2024, a true and accurate copy of the foregoing document was electronically-filed with the Clerk of the Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

Plaintiff attorney,
/s/ *Simon B. Mann*

_____
Simon B. Mann (BBO# 665301)
Mann Law Firm, P.C.
200 Highland Ave., Ste. 302
Needham, MA 02494
Tel. (617) 690-7379
Fax (781) 444-1014
simon@sbmannlaw.com

```
NORTHERN SECURITY INSURANCE
COMPANY,
By its attorney,

/s/ David M. O'Connor
_____
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
325 Boston Post Road
Sudbury, MA  01776
(978) 443-3510
doconnor@oconnorllc.com
```