UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CJKOZ, LLC,

    *Plaintiff*,

v.

NORTHERN SECURITY INSURANCE COMPANY,

    *Defendant*.

No. 23-CV-10300-PGL

## **SETTLEMENT ORDER OF DISMISSAL (60 days)**

LEVENSON, U.S.M.J.

The Court having been advised on October 7, 2024, that the above-captioned action has been settled with respect to all claims (Docket No. 38);

IT IS ORDERED that this matter be, and hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **60 days**, to reopen the action if settlement is not consummated.

BY THE COURT,

/s/ Paul G. Levenson
United States Magistrate Judge

Date: October 9, 2024